**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JONATHAN BLADES and ANTWAN BUCHANAN, *individually and on behalf of all others similarly situated*, | |
| c/o The Public Defender Service for the District of Columbia 633 Indiana Avenue, NW Washington, D.C. 20004 | |
| Plaintiffs-Petitioners, | |
| v. | No. |
| MERRICK GARLAND, *in his official capacity as* Attorney General | |
| U.S. Department of Justice 950 Pennsylvania Ave, NW Washington, D.C. 20530 | |
| FEDERAL BUREAU OF PRISONS and MICHAEL CARVAJAL, *in his official capacity as* Director of the Federal Bureau of Prisons, *et al.*, | |
| 320 First Street, NW Washington, D.C. 20534 | |
| Defendants-Respondents. | |

**MOTION FOR DECLARATORY AND INJUNCTIVE RELIEF**

Plaintiffs, by and through their attorneys, respectfully move this Court for a preliminary injunction requiring the BOP to stop quantifying the criminal history of individuals sentenced by Superior Court of the District of Columbia based on a discriminatory scoring rule set forth in Program Statement 5100.08.  Plaintiffs also respectfully request that this Court set a date for a

hearing, pursuant to Local Rule 65.1(d).  An accompanying Memorandum of Law in support of

this Motion and a Proposed Order are attached.


Respectfully submitted,

/s/ Kavya Naini
Kavya R. Naini
D.D.C. Bar No. D00490
Zoé E. Friedland
D.D.C. Bar No. D00516

Public Defender Service for the District of Columbia
633 Indiana Ave. N.W.
Washington D.C. 20004
(202) 824-2529
knaini@pdsdc.org

Counsel for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 3, 2022, I caused a copy of the foregoing Motion for Declaratory and Injunctive Relief and accompanying Memorandum of Law to be served via the CM/ECF system, and that the foregoing has been sent via certified mail to Defendants.

.

_____/s/_____
Kavya Naini
Counsel for Plaintiffs