# EXHIBIT B

Case 1:22-cv-00279-CRC   Document 2-3   Filed 02/03/22   Page 1 of 2

## DECLARATION OF NATHAN WINSHALL
## LEGAL EXTERN, PUBLIC DEFENDER SERVICE

1. I am Nathan Winshall, a legal Extern at the Public Defender Services of Washington, D.C. I am a second-year law student with experience in Police Oversight and Accountability. I am over 18 years old and am qualified to make this declaration. I currently attend the Georgetown University Law Center. I have a bachelor's degree in Public Health from Tulane University.

2. To obtain my undergraduate degree, I was required to take multiple classes that either focused on statistics or required knowledge of statistics.

3. While working at the Office of the Independent Police Monitor in New Orleans, I was required to use Excel to sort, organize, and analyze data regarding annual collections of allegations of police misconduct.

4. I reviewed data collected in a spreadsheet titled "tabula_FOIA BOP Incidents by Security 2010-2021." This spreadsheet is in my possession, but I am not attaching it here because it is an extremely large file. I received this spreadsheet from Steven Marcus and it is my understanding that it was obtained through a FOIA request from the Bureau of Prisons. Using this data, I calculated the total number of incidents since 2010 at each federal prison security level.

5. The spreadsheet lists the number of ten serious incidents at each BOP facility, by year, type of incident, and security level of institution. For instance, row 1921 shows that in 2010, at Allenwood USP, a high security facility, there were 20 "assault on inmate" incidents in that year. The ten incidents in the spreadsheet are: assault on inmate, assault on staff, disruptive behavior, fight, inmate death, self mutilation, suicide attempt, and use of force, sexual act (non-consensual), and sexual contact (abuse).

6. To calculate the total number of incidents since 2010 at each federal prison security level, I sorted the data by security level so that all the "High" security level incidents were grouped together, all the "Medium" security level incidents were grouped together, all the "Low" security level incidents were grouped together, and all the "Minimum" security level incidents were grouped together. I then used the Excel "sum" function to add up all the incidents that had occurred at "High," "Medium," "Low," and "Minimum" security level facilities.

7. The results of my calculations are as follows: since 2010, there have been 71,902 incidents at "High" security level facilities; there have been 47,066 incidents at "Medium" security level facilities; there have been 12,970 incidents at "Low" security level facilities; and there have 664 incidents at "Minimum" security level facilities.

*I, Nathan Winshall, certify under penalty of perjury that the foregoing statement is true and correct pursuant to 28 U.S.C. § 1746.*

*[signature]*

Executed on the 15th day of November, 2021, in Washington, D.C.