# EXHIBIT C

## DECLARATION OF ANTWAN BUCHANAN

1. I am currently incarcerated at USP Big Sandy, a high security Bureau of Prisons facility in Kentucky.
2. In 2021, I learned from my attorney that my criminal history score was calculated differently than other BOP residents because I was sentenced out of the Superior Court in the District of Columbia. My attorney told me that I had a higher criminal history score than other BOP residents who have the exact same history as me, because the BOP calculates my criminal history differently.
3. I filed grievances with the BOP asking the BOP to recalculate my criminal history score in the same way that they calculate it for BOP residents that are sentenced out of federal court.
4. I handed the BP-8 grievance form to my Counselor around March 11, 2021, asking for my criminal history score to be recalculated.
5. The BOP denied my BP-8 grievance.
6. After receiving the rejection of my BP-8 grievance, I filed a BP-9 grievance form on or around April 21, 2021.
7. The BOP denied my BP-9 grievance. First the BOP denied the BP-9 grievance because they said I did not attach all of the required documents. I resubmitted my BP-9 grievance on or around April 21, 2021 and I made sure to include all of the required documents. However, the BOP still rejected my BP-9 grievance.
8. After receiving the rejection of my BP-9 grievance, I filed my BP-10 grievance form on or around May 10, 2021. I filed my BP-10 by mailing this form as well as copies of my BP-8 and BP-9 forms to the BOP regional counsel. I remember mailing this form because I put four stamps on the envelope as it was heavier than an ordinary letter.
9. I never received a response to my BP-10 grievance form.
10. Even though I never received a response to my BP-10 grievance, I filed my BP-11 grievance form on or about August 9, 2021. I mailed my BP-11 form to the BOP's general counsel office in Washington, D.C.
11. I have never received a response to my BP-11 form.
12. It has been difficult for me to pursue the administrative grievance process during COVID. Access to a copier is limited and I am only able to get grievance forms when my counselor is in the facility, which is not very frequently. Also, staff at USP Big Sandy have been

shaking down cells especially in the last few months because of a problem with alcohol in the facility. Staff have messed up my cell and taken or destroyed some of my legal paperwork.

13. Even with all of these difficulties, I have pursued all of the possible ways for me to argue to the BOP that my criminal history score is calculated differently, and harsher, because I was sentenced from Superior Court and not federal court. I want this problem to be fixed.

14. I want my criminal history score to be calculated just like other BOP residents who were sentenced from federal court. If it were calculated that way, my criminal history points would be lower and I would have a better chance at being transferred to a medium facility.

15. I want to be transferred to a medium facility. I have repeatedly requested a transfer to my case manager and unit team at USP Big Sandy, but they will not transfer me.

16. I am suffering because I am at a high security facility and not a lower security facility, which is where I should be housed. I know how much worse a high security facility is because I have spent many years incarcerated at medium security facilities. For instance, I was incarcerated in FCI Cumberland around 2006-2008, in FCI Petersburg around 2004-2005, in FCI Fairton around 2000-2001, and in FCI Beckley around 1999-2000.

17. I am suffering many injuries due to my incarceration in a high security facility instead of a medium. For instance, it is harder for me to practice my religion (Islam) at this high security facility. There is no Muslim chaplain here but there have been Muslim chaplains at every FCI I have been housed at before. The high security facility also does not let Muslim residents use our preferred Quran (the Noble Quran), but at the four medium security facilities I have been to the chaplains have the Noble Quran and pass them out to Muslim residents. The medium security facilities I have been to also have Eid celebrations at the end of Ramadan, but USP Big Sandy does not have those celebrations. If I were housed at a medium facility, I would be able to practice my religion more fully and much more easily.

18. I am also suffering because the high security facility will not let me be transferred to home confinement. I would like to be considered for home confinement but I have not been able to request transfer to home confinement because I am at a high security facility. I have filed a motion for compassionate release as well because I want to be transferred home.

19. I also lack the liberties I would have at a medium facility. At an FCI, you are able to go outside without as many restrictions as you are at a high security facility. I would like to

be able to go outside without restrictions more. I am suffering in a high security facility because I cannot go outside as often as I want.

20. I am also suffering because high security facilities make it more difficult to communicate with family members and loved ones compared to a FCI. At an FCI, I could talk to my loved one on the phone and when the call ended, I only had to wait 30 minutes until I could call another loved one. At a high security facility, I have to wait at least an hour and a half between phone calls. I do not have the same family contact at a high security facility as I did at a medium security facility. I wish that I could talk more to my family and loved ones.

21. High security facilities also have fewer programming options. I would like to enroll in vocational programs that could prepare me to get a job in society. I have spoken to BOP staff here at USP Big Sandy about forklift operation courses, which are available at FCIs but are not available here. I would like to enroll in a job training course but there are many fewer courses at a high security compared to a medium security. Because I am at a high security facility I will not be as well prepared for my release as if I were at a low security facility.

22. Every aspect about my daily life is worse because I am at a high security facility. The food here is worse than at a medium facility. We do not have access to microwaves or washing machines on the unit so we have to wait much longer to have clean clothes. The payment for our work duty jobs is lower than at medium facilities. There are no UNICOR jobs which are usually the best paying jobs at a facility. The commissary goods are more expensive at a high security facility and there are fewer, and worse, options. Being in a high security facility is hurting me in my daily activities compared to being at a medium security facility.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on the 12th of October, 2021.

Antwan Buchanan
Reg. No. 06446-007

```
  BSYDA  606.00 *      MALE CUSTODY CLASSIFICATION FORM       *      10-12-2021
PAGE 001 OF 001                                                      10:48:46
                              (A) IDENTIFYING DATA
 REG NO..: 06446-007              FORM DATE: 06-22-2021           ORG: BSY
 NAME....: BUCHANAN, ANTWAN
                                       MGTV: NONE
 PUB SFTY: GRT SVRTY                   MVED:
                              (B) BASE SCORING
 DETAINER: (0) NONE              SEVERITY.......: (7) GREATEST
 MOS REL.: 26                    CRIM HIST SCORE: (10) 20 POINTS
 ESCAPES.: (2) 5-10 YRS MINOR    VIOLENCE.......: (4) 10-15 YRS SERIOUS
 VOL SURR: (0) N/A               AGE CATEGORY...: (2) 36 THROUGH 54
 EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                              (C) CUSTODY SCORING
 TIME SERVED.....: (4) 26-75%    PROG PARTICIPAT: (2) GOOD
 LIVING SKILLS...: (2) GOOD      TYPE DISCIP RPT: (0) GREATEST
 FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD


                         --- LEVEL AND CUSTODY SUMMARY ---
 BASE CUST VARIANCE   SEC TOTAL   SCORED LEV MGMT SEC LEVEL   CUSTODY   CONSIDER
 +25  +15     +1        +26        HIGH           N/A           IN      INCREASE


 G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

BSY-1330.13
July 18 2003
ATTACHMENT A

## ATTEMPT AT INFORMAL RESOLUTION
(Request for Administrative Remedy)

Federal Bureau of Prisons Program Statement 1330.13, Administrative Remedy Program, dated December 22, 1995, requires that inmates shall informally present their complaint to staff and staff attempt to informally resolve any issue before an inmate files a Request for Administrative Remedy BP-229(13). If an informal resolution cannot be met, the inmate will be given a BP-229 (13) form.

**TO BE COMPLETED BY INMATE**

INMATE'S NAME: Antwan Buchanan   REG. NO.: 06446-007   UNIT: B-2-109

1. Nature of problem (cite relevant policy - if UDC/DHO appeal, specify relevant section of Inmate Discipline Policy): Because I am from DC, my criminal history score is being calculated according to BOP guidlines rather than the U.S. sentencing guidlines like the rest of Federal inmates. Program Statement (5100.03) Inmate Security Designation and Custody Classification. My rights are being violated because of the BOP's discriminatory policies. This policy treats me unfairly and differently from the rest of the inmate in the BOP. Why are my old conviction being counted.

2. State what action or resolution expected. Be Specific: Please re-score my criminal history points according to the U.S. sentencing guidlines, so that I am treated the same as everyone else.

**TO BE COMPLETED BY STAFF**

3. Summary of investigation: You are scored correctly, PS 5100.08, Chapter 4, page 8. Criminal HX points (score) are derived from the U.S. sentencing guidelines, as reflected in a final judgment and the Statement of Reasons. If not found in either the Judgment and SOR use the points asked by the USPO in the PSR.

4. Indicate the action you have taken to resolve the matter informally (including actual steps taken to resolve): You have been explain this by S/A Team

5. Explanation for non-resolution: Want to exercise his Administrative Remedy process.

Date & Time Issued: 03-11-21 2:59pm   Correctional Counselor: M. Horn
Date & Time Inmate Returned: 3-16-2021   Correctional Counselor: [signature] 3-18-21
Date & Time Investigation Completed and BP-229(13) issued: 3-16-21
Unit Manager's Signature: [signature] 3-16-2021

Distribution:
(1) If complaint is informally resolved, forward original, signed below and dated by inmate, to the Unit Counselor for filing.
(2) If complaint is not informally resolved, forward original (attached to BP-229(13) form) to the Warden's office.

On _____, this issue was informally resolved.

Inmate Signature           Date

3\19\1    31 r    ISA

U.S. DEPARTMENT OF JUSTICE                           REQUEST FOR ADMINISTRATIVE REMEDY

Federal Bureau of Prisons

#58K

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Buchanan, Antwan H.__   __06446-007__   __B-2 cell 101__   __USP Big Sandy__
         LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.            UNIT                  INSTITUTION

**Part A - INMATE REQUEST** My rights are being violated, because of the B.O.P.'s discriminatory policies. I found out that this policy treats me unfairly and differently than the rest of the Inmates in the B.O.P., because I am from D.C. Because I am from D.C., my Criminal history score is being calculated according to the BOP guiddines, rather than the U.S. Sentencing Guiddines, like the rest of the Federal Inmates. (Program Statement 5100.08, Inmate Security Designation and Custody Classification). This is unfair, because this score is used to determine my access to programing. No one has been able to explain to me why some of my very old convictions are counted as points in the criminal history score calculation, but they are not counted for other people (Inmates). Please re-score my criminal history points according to the U.S. Sentencing Guidelines, so that I am treated the same as everyone else.

__3/17/21__                                __Buchanan, Antwan__
    DATE                                     SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Withdrawn
    ⁄
    jp                    3-23'

                          RECEIVED
                    DATE: __3-19-21 RKR__
                          USP BIG SANDY
                          AW's OFFICE

_____                              _____
    DATE                                   WARDEN OR REGIONAL DIRECTOR
*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE              CASE NUMBER: __1073411-F1__

**Part C - RECEIPT**
                                        CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____                              _____
    DATE                                   RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR                                                    BP-229(13)
                                                            APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**   **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

#591

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Buchanan Antwan H.**   **06446-007**   **B-2**   **USP Big Sandy**
        LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A - INMATE REQUEST** I am being told that my Criminal History Score is being calculated based on the U.S. sentencing Guidelines, but this is not true. It is being calculated based on BOP Guidelines in Program Statement 5100.08. I am sentenced as a DC code offender so I should not be scored by BOP Guidelines (Program Statement 5100.08) but instead by US. Sentencing Guidelines the like the rest of the Federal Inmates. I'm receiving Criminal history points because I was sentenced out of DC's Superior Court and not from the District Federal Courts. If I came is as a District Federal court offender I would not have a many Criminal history points, because the Sentencing Guidelines do not count old convictions that are (15) years old or older. Please rescore my Criminal points according to the US. sentencing Guidelines so that I am treated the same as everyone else.

4-9-21                              Buchanan, A. #06446-007
DATE                                SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
DATE: 4-16-21 RKR
USP BIG SANDY
AW's OFFICE

_____          _____
DATE                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: **1077216-F1**

**Part C - RECEIPT**
                                                  CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION
SUBJECT: _____

_____          _____
DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR                                                                BP-229(13)
                                                                        APRIL 1982

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY


DATE: APRIL 16, 2021



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BIG SANDY USP

TO  : ANTWAN BUCHANAN, 06446-007
      BIG SANDY USP    UNT: B UNIT    QTR: B03-109L
      P.O. BOX 2067
      INEZ,  KY 41224



FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1077216-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : APRIL 16, 2021
SUBJECT 1       : HOUSING ASSIGNMENT (EXCEPT SPECIAL HOUSING UNITS)
SUBJECT 2       : COMPUTATION OF VIOLATOR TERM
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 2: SEE REMARKS.

REMARKS         : NO IR - SAME AS 1073411-F1 - WITHDRAWN ON 03-23-2021
```