# EXHIBIT E

**(Filed separately under seal)**