# EXHIBIT F

**(Filed separately under seal)**