UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN BLADES and ANTWAN BUCHANAN, *individually and on behalf of all others similarly situated*,<br><br>c/o The Public Defender Service for the District of Columbia<br>633 Indiana Avenue, NW<br>Washington, D.C. 20004<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>MERRICK GARLAND, *in his official capacity as* Attorney General<br><br>U.S. Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, D.C. 20530<br><br><br>FEDERAL BUREAU OF PRISONS and MICHAEL CARVAJAL, *in his official capacity as* Director of the Federal Bureau of Prisons, *et al.*,<br><br>320 First Street, NW<br>Washington, D.C. 20534<br><br>Defendants-Respondents. | No. |

**ORDER**

Upon consideration of Plaintiffs' Motion for Declaratory and Injunctive Relief and any opposition and reply, it is this \_\_\_\_\_ day of _____, 202\_\_, hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**; it is further

**ORDERED** that the BOP will stop quantifying the criminal history of individuals with D.C. Code convictions based on the discriminatory scoring rule set forth in Program Statement 5100.08.

**SO ORDERED.**

_____

United States District Judge