# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JONATHAN BLADES, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 22-0279 (ABJ) |
| BUREAU OF PRISONS, *et al.*, ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Plaintiffs Jonathan Blades and Antwan Buchanan and Defendants Merrick B. Garland, in his official capacity as Attorney General, the Federal Bureau of Prisons, and Michael Carvajal, in his official capacity as Director of the Federal Bureau of Prisons, by and through undersigned counsel, respectfully file this Joint Status Report in response to the Court's Minute Order dated August 18, 2023.  The parties are continuing to meet and engage in discussions with the assistance of the Chief Circuit Mediator to explore a potential resolution of this matter.  The parties jointly request that the Court extend the stay so that the parties can continue to participate in the mediation. The parties propose to file another Joint Status Report on or before October 16, 2023, that includes the parties' proposed schedules for further proceedings.

A proposed order is attached.

Dated:  September 18, 2023                    Respectfully submitted,

*/s/ Kavya R. Naini (with consent)*           MATTHEW M. GRAVES, D.C. Bar #481052
Kavya R. Naini                                United States Attorney
D.D.C. Bar No. D00490
Zoé E. Friedland                              BRIAN P. HUDAK
D.D.C. Bar No. D00516                         Chief, Civil Division

Public Defender Service for                   By:  */s/ Stephen DeGenaro*
the District of Columbia                           STEPHEN DEGENARO, D.C. Bar # 1047116
633 Indiana Ave. N.W.                              Assistant United States Attorneys
Washington D.C. 20004                              601 D Street, NW
(202) 824-2529                                     Washington, DC 20530
knaini@pdsdc.org                                   202-252-7229
zfriedland@pdsdc.org                               Stephen.DeGenaro@usdoj.gov

*Counsel for Plaintiffs*                      *Attorneys for the United States of America*