UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN BLADES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUREAU OF PRISONS, *et al.*,<br><br>    Defendants. | Civil Action No. 22-0279 (ABJ) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, and the entire record herein, it is hereby ORDERED that this case shall remain STAYED until October 16, 2023; it is further ORDERED that the case shall remain referred to the District Court Mediation Program during the stay; and it is further ORDERED that the parties shall file another joint status report by not later than October 16, 2023.

_____                                    _____
Date                                                                           AMY BERMAN JACKSON
                                                                                       United States District Judge