UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN BLADES, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 22-0279 (ABJ)<br>) |
| MERRICK B. GARLAND,<br>*in his official capacity as*<br>*Attorney General*, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

Pursuant to Federal Rules of Civil Procedure 12(h)(3) and 58 and for the reasons stated in the accompanying Order, it is hereby ORDERED that this case is DISMISSED without prejudice *sua sponte*.

AMY BERMAN JACKSON
United States District Judge

DATE: August 28, 2024

1